AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Patricio Urquidez-Encinas, | ) | Case No.  17-7495MJ |
| a.k.a.: Patricio Urquides Encinas, | ) | |
| a.k.a.: Patricio Urquidez Encinas, | ) | |
| (A098 007 024) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 21, 2015, in the County of  Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Patricio Urquidez-Encinas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about December 11, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    October 16, 2017

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
_____
*Printed name and title*

City and state:    Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE).  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 21, 2015, Patricio Urquidez-Encinas was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Urquidez-Encinas was examined by Immigration Enforcement Agent A. Swierk who determined Urquidez-Encinas to be a Mexican citizen, unlawfully present in the United States.  On the same date, an immigration detainer was lodged with the county jail.  On October 13, 2017, Urquidez-Encinas was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing.  Urquidez-Encinas was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Patricio Urquidez-Encinas to be a citizen of Mexico and a previously deported criminal alien. Urquidez-Encinas was removed from the United States to Mexico through Del Rio, Texas, on or about December 11, 2009, pursuant to the reinstatement of an order of removal issued by an immigration

1

judge. There is no record of Urquidez-Encinas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Patricio Urquidez-Encinas' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Patricio Urquidez-Encinas was convicted of Misconduct Involving Weapons a felony offense, on or about May 6, 2004, in the Superior Court of Arizona, Maricopa County. Urquidez-Encinas was sentenced to two and one half (2.5) years' incarceration. Urquidez-Encinas' criminal history was matched to him by electronic fingerprint comparison.

5. On October 13, 2017, Patricio Urquidez-Encinas was advised of his constitutional rights. Urquidez-Encinas freely and willingly acknowledged his rights and agreed to provide a statement under oath. Urquidez-Encinas stated that his true and complete name is Patricio Urquidez-Encinas and that he is a citizen of Mexico. Urquidez-Encinas stated that he illegally entered the United States at or near Agua Prieta, on or about April, 2013, without inspection by an immigration officer. Urquidez-Encinas further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 21, 2015,  Patricio Urquidez-Encinas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about December 11, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 16th day of October, 2017.


Bridget S. Bade,
United States Magistrate Judge